**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRANDON WILLIAMS, | ) | NO. CV 23-5450-FMO(E) |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | |
| | ) | CONCLUSIONS AND RECOMMENDATIONS |
| FEDERAL BUREAU OF PRISONS, | ) | |
| ET AL., | ) | OF UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court notes that no objections to the Report and Recommendation have been filed. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 10, 2023.

```
                        _____/s/_____
                        FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE
```

2