JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON WILLIAMS, | ) | NO. CV 23-5450-FMO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| FEDERAL BUREAU OF PRISONS, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 10, 2023.

```
               _____/s/_____
                     FERNANDO M. OLGUIN
                  UNITED STATES DISTRICT JUDGE
```